# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1699

_____

United States of America,

        Appellee,

v.

Shahid R. Pratt,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: September 18, 2008
Filed: September 24, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Shahid Pratt appeals the sentence the district court[1] imposed after revoking his supervised release. We affirm.

We find that the revocation sentence of 14 months in prison is not unreasonable. First, the sentence was within both the statutory limits and the Chapter 7 advisory Guidelines range of 8-14 months. See 18 U.S.C. § 3583(e)(3) (authorizing up to 2-year prison term upon revocation of supervised release where original offense was

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Class C felony); U.S.S.G. § 7B1.4(a) (range for Grade C violation with Category VI criminal history is 8-14 months in prison). Second, in sentencing Pratt, the district court considered appropriate factors, including Pratt's history and characteristics, the circumstances of his offense, and the need for deterrence. See 18 U.S.C. § 3553(a)(1)-(2), (a)(4)(B), § 3583(e) (permitting imposition of revocation sentence after consideration of certain § 3553(a) factors); United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (district court need not mechanically list every § 3553(a) consideration when sentencing defendant upon revocation of supervised release).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____